UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Davis,

    Plaintiff,

v.                                                                      Case No. 20-11819

Wayne County Election Commission;    Sean F. Cox
Janice Winfrey, in her official and        United States District Court Judge
individual capacities as the duly elected
City Clerk for the City of Detroit,

    Defendant.
_____/

## ORDER DENYING AMENDED MOTION FOR SUMMARY JUDGMENT (ECF No. 7) AS MOOT

The Court has declined to exercise supplemental jurisdiction over any state-law claims in this case and dismissed Counts III, IV, VI, and VII without prejudice. (ECF No. 18). On July 7, 2020, Plaintiff Robert Davis and then-Plaintiff Venias Jordan, Jr., filed an "Amended Emergency Motion for Summary Judgment for Counts III and IV Only Pursuant to Fed. R. Civ. P. 56." (ECF No. 7). Because the Court has dismissed Counts III and IV without prejudice, the Court **DENIES** this motion as **MOOT**.

    **IT IS SO ORDERED.**

                                          s/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: July 8, 2020